

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Elmer Leonel Garcia-Castro<br><br>**Petitioner,**<br><br>**V.**<br><br>Warden, Otay ICE Detention Center; Pamela Bondi Attorney General;<br><br><br>**Respondent.** | Civil Action No. <u>26-cv-2787-AGS-VET</u><br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

On June 15, 2026, the Court held a hearing. For the reasons set out on the record, the habeas petition (ECF 1) is denied. The case is hereby closed.

Date: _____6/17/26_____

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ M. Fujita _____

M. Fujita, Deputy